### 11162. SAGGUS *v.* STANDARD.

JENKINS, P. J. While a defendant in a distress warrant proceeding may, without showing actual fraud, set up a claim arising from an alleged shortage in acreage, where he relies upon an alleged express warranty guaranteeing a specified acreage under the terms of the particular rent contract under which the distress warrant issued, still the rule is that a claim merely by way of set-off cannot be pleaded as against rent, and consequently another claim, seeking to recover an alleged overpayment made under a previous similar but independent contract, cannot be joined in such a defense. *McMahan* v. *Tyson,* 23 *Ga.* 43; *Johnston* v. *Patterson,* 86 *Ga.* 725 (13 S. E. 17).

*Judgment affirmed. Stephens and Smith, JJ., concur.*

DECIDED MAY 12, 1920.

Distraint; from city court of Washington — Judge Wynne. November 25, 1919.

*Colley & Colley,* for plaintiff in error. *C. E. Sutton,* contra.